1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone:  (559) 497-4000
5  Facsimile:  (559) 497-4099

6  Attorneys for
      the United States of America
7

8                     **UNITED STATES DISTRICT COURT**

9                     **EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,      ) 1:12-CR-00090-LJO
                                  )
12              Plaintiff,        ) FINAL ORDER OF FORFEITURE
                                  )
13      v.                        )
                                  )
14 IMAD IBRAHIM ABOUSALEM,        )
                                  )
15              Defendant.        )
                                  )
16 _____ )

17      WHEREAS, on July 30, 2012, the Court entered a Preliminary Order
18 of Forfeiture, forfeiting to the United States all right, title, and
19 interest of defendant Imad Ibrahim Abousalem in the following
20 property:
21          a. HTC Sprint Cell Phone, seized by law enforcement on or
               about November 18, 2011.
22
23      AND WHEREAS, beginning on August 4, 2012, for at least 30
24 consecutive days, the United States published notice of the Court's
25 Order of Forfeiture on the official internet government forfeiture
26 site www.forfeiture.gov.  Said published notice advised all third
27 parties of their right to petition the Court within sixty (60) days
28 from the first day of publication of the notice for a hearing to

                                          Final Order of Forfeiture
                                    1

adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Imad Ibrahim Abousalem.

2.   All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.   The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **November 15, 2012**            **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE